**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **CASE NO.:**   8:07-cr-162-T-23MAP | **DATE:**  November 16, 2007 |
| **HONORABLE STEVEN D. MERRYDAY** | **INTERPRETER:** |
| **UNITED STATES OF AMERICA** | Jay Hoffer |
| | **GOVERNMENT COUNSEL** |
| **vs.** | |
| **ROGER STOWELL** | Adam Allen |
| **DEFENDANT** | **DEFENSE COUNSEL** |
| **COURT REPORTER:**  Kerry Mercade | **DEPUTY CLERK:**   Marlene Alspach |
| | **PROBATION:**  Gail Stafford |
| **TIME:**  8:52 a.m. - 9:46 a.m. | **TOTAL:**     54 mins. |

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

Defendant's witnesses in mitigation:

X   Defendant is adjudged guilty on counts **ONE** and **TWO** of the Indictment

X   Imprisonment:  **TWO HUNDRED TEN (210) MONTHS as to Counts One and Two, both terms to run concurrently**

X   The Court recommends confinement: in a correctional facility in consideration of defendant's age and medical situation

X   Supervised release: **LIFE**

Probation:

Fine:   waived

Restitution:      $

X   Special Assessment:   **$200**          Due immediately.

  _X_      Special conditions of   ___   probation;   _X_   supervised release.

1. Defendant shall participate in a mental health program specializing in sex offender treatment approved by the probation officer and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph and/or computer voice stress analysis (CVSA) testing. The results of the polygraph and/or CVSA examination may not be used as evidence in Court to prove that a violation of community supervision has occurred, but may be considered in a hearing to modify release conditions. Further, defendant shall contribute to the costs of such treatment and/or polygraph testing not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his probation officer.

3. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection..

4. The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

5. The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

6. The defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition, of his computer-related restriction and the computer inspection provision of the condition.

7. The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to search pursuant to this condition.

8. The defendant shall comply with all the applicable state laws. Any violation of these laws will violate the condition of the federal supervision.

_X_      The defendant shall cooperate in the collection of DNA as directed by the probation officer.

_X_      The mandatory drug testing provisions are waived.

*********************************************

  _X_  Defendant is remanded to the custody of the United States Marshal.

X          Defendant advised of right to appeal and to counsel on appeal.

X          Government's motion to reduce sentence pursuant to USSG § 3E1.1 (Doc. 29 ) is **GRANTED** by the Court.  Court departs one additional level.

OTHER:   Defendant's exhibits #3 and #4 filed.

| **GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES)** | |
|---|---|
| Total Offense Level: | 35 |
| Criminal History Category: | I |
| Imprisonment Range: | 168 to 210 months |
| Supervised Release Range: | 5 years to Life |
| Restitution: | N/A |
| Fine Range: | $20,000 TO $200,000 |
| Special Assessment: | $200 |